Fill in this information to identify your case:

Debtor 1  JUAN MARQUIS JOHNSON
          First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number 6:24 BK 12650
(If known)


FILED
MAY 14 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

Official Form 101A

# Initial Statement About an Eviction Judgment Against You   12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

- you rent your residence; and
- your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

Landlord's name: BRECKENRIDGE PROPERTY FUND 2016, LLC

Landlord's address: 710 MYRTLE AVE #600
Number   Street

MONROVIA    CA    91016
City        State  ZIP Code

If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.

## Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

☑ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☐ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).


X _____
Signature of Debtor 1

X _____
Signature of Debtor 2

Date 05/13/2024
     MM / DD / YYYY

Date _____
     MM / DD / YYYY

Stay of Eviction: (a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

**Check the Bankruptcy Rules** ( http://www.uscourts.gov/rules-policies/current-rules-practice-procedure) **and the local court's website (to find your court's website, go to** http://www.uscourts.gov/court-locator) **for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l)**

Official Form 101A              Initial Statement About an Eviction Judgment Against You

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| OCCUPANT<br>5867 Horse Canyon Rd.<br>Riverside, CA 92509<br><br>EMAIL: | Riverside County Sheriff's Office<br>4095 Lemon St., 4th Floor<br>Riverside, CA 92501<br><br>(951) 955-2420<br>(951) 955-6155 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>Riverside Superior Court<br>505 S. Buena Vista Ave Suite 201<br>Corona, CA 92882 | California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Breckenridge Property Fund 2016, LLC<br>DEFENDANT:<br>Juan Marquis Johnson | COURT CASE NO:<br>UDCO2400050 |
| **Notice to Vacate** | LEVYING OFFICER FILE NO:<br>2024102878 |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| **Eviction Address:** | 5867 Horse Canyon Rd.<br>Riverside, CA 92509 |
|---|---|
| **Final notice is hereby given that possession of the property must be turned over to the landlord on or before:** | **Wednesday, May 15, 2024  06:01 am** |

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CIV), or, if the property is valued at less than $700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if the prejudgment claim of right to possession was served as indicated on the writ unless the eviction is the result of a foreclosure.



Chad Bianco
Sheriff - Coroner

By: _____
Sheriff's Authorized Agent

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|
| NAME: Sam Chandra SBN 203942    (626) 305-0555 | |
| FIRM NAME: Law Offices of Sam Chandra, APC | |
| STREET ADDRESS: 710 S. Myrtle Ave. # 600 | |
| CITY: Monrovia    STATE: CA    ZIP CODE: 91016 | |
| TELEPHONE NO.:    FAX NO.: | |
| EMAIL ADDRESS: Fax@Chandra-Law.com | |
| ATTORNEY FOR (name): Breckenridge Property Fund 2016, LLC | |
| [X] ATTORNEY FOR    [X] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 505 South Buena Vista Avenue Suite 201
MAILING ADDRESS:
CITY AND ZIP CODE: Corona CA 92882
BRANCH NAME: CORONA

PLAINTIFF/PETITIONER: Breckenridge Property Fund 2016, LLC
DEFENDANT/RESPONDENT: Juan Marquis Johnson, et al

CASE NUMBER: UDCO2400050

WRIT OF:
[ ] EXECUTION (Money Judgment)
[X] POSSESSION OF  [ ] Personal Property  [X] Real Property
[ ] SALE

[X] Limited Civil Case (including Small Claims)
[ ] Unlimited Civil Case (including Family and Probate)

1. To the Sheriff or Marshal of the County of: RIVERSIDE
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Breckenridge Property Fund 2016, LLC
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   Juan Marquis Johnson
   5867 Horse Canyon Road
   Riverside, CA 92509

   [ ] Additional judgment debtors on next page

5. Judgment entered on (date): 04/23/24
   (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):
7. Notice of sale under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [X] Writ of Possession/Writ of Sale information on next page.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.
11. Total judgment (as entered or renewed)    $
12. Costs after judgment (CCP 685.090)    $ possession only
13. Subtotal (add 11 and 12)    $
14. Credits to principal (after credit to interest)    $
15. Principal remaining due (subtract 14 from 13) $
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees)    $
17. Fee for issuance of writ (per GC 70626(a)(1))    $ 40.00
18. Total amount due (add 15, 16, and 17)    $ 40.00
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) .........    $ 0.00
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) .........    $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: 04/26/2024    Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

GC68150(g)
Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| Plaintiff/Petitioner: Breckenridge Property Fund 2016, LLC | CASE NUMBER: |
| Defendant/Respondent: Juan Marquis Johnson, et al | UDCO2400050 |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address)*:

22. The judgment is for *(check one)*:
   a. ☐ wages owed.
   b. ☐ child support or spousal support.
   c. ☒ other.

23. ☐ Notice of sale has been requested by *(name and address)*:

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
   a. on *(date)*:
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   a. on *(date)*:
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☒ (Writ of Possession or Writ of Sale) Judgment was entered for the following:
   a. ☒ Possession of real property: The complaint was filed on *(date)*: 01/10/24
   *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*
   (1) ☒ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
   (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.
   (3) ☒ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*
   (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:
   (a) The daily rental value on the date the complaint was filed was $ 120.00
   (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify)*:
   To be set pursuant to CCP 1174.3 Every Tuesday and Thursday at 1:30 PM

Item 25 continued on next page

EJ-130 [Rev. September 1, 2020]    **WRIT OF EXECUTION**    29406    Page 2 of 3

EJ-130

| | |
|---|---|
| Plaintiff/Petitioner: Breckenridge Property Fund 2016, LLC<br>Defendant/Respondent: Juan Marquis Johnson, et al | CASE NUMBER:<br>UDCO2400050 |

25. b. ☐ Possession of personal property.
        ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
  c. ☐ Sale of personal property.
  d. ☐ Sale of real property.
  e. The property is described ☒ below ☐ on Attachment 25e.

the premises located at:

5867 Horse Canyon Road, Riverside, CA 92509, County of RIVERSIDE

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130 [Rev. September 1, 2020]        **WRIT OF EXECUTION**        Page 3 of 3

** This page intentionally left blank **

CP10

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:         FAX NO.: | |
| E-MAIL ADDRESS: | |
| ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Riverside**
STREET ADDRESS: **505 S. Buena Vista Ave Suite 201**
MAILING ADDRESS:
CITY AND ZIP CODE: **Corona, CA 92882**
BRANCH NAME: **Riverside Superior Court**

PLAINTIFF/PETITIONER: **Breckenridge Property Fund 2016, LLC**
DEFENDANT/RESPONDENT: **Juan Marquis Johnson**

COURT CASE NUMBER: **UDCO2400050**

### CLAIM OF RIGHT TO POSSESSION AND NOTICE OF HEARING

LEVYING OFFICER FILE NUMBER: **2024102878**

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying form called *Writ of Possession.*
2. You occupied the premises on or before the date the unlawful detainer (eviction) action was filed. *(The date is in the accompanying Writ of Possession.)*
3. You still occupy the premises.
4. A *Prejudgment Claim of Right to Possession* form was NOT served with the *Summons and Complaint,* OR this eviction results from a foreclosure.

*(for levying officer use only)*
Completed form was received on

Date: _____ Time: _____

By: _____

**NOTICE:** If you are being evicted because of foreclosure, you have additional rights and should seek legal assistance immediately.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:


3. The address of "the premises" subject to this claim is *(address)*:


☐ Check here if this property was foreclosed on

4. On *(insert date)*: _____, the owner, landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Writ of Possession.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*
8. I was not named in the Writ of Possession.
9. I understand that if I make this claim of possession, a court hearing will be held to decide whether my claim will be granted.
10. *(Filing fee)* To obtain a court hearing on my claim, I understand that after I present this form to the levying officer I must go to the court and pay a filing fee of **$225** or file with the court "*Application for Waiver of Court Fees and Costs.*" I understand that if I don't pay the filing fee or file the form for waiver of court fees within 2 court days, the court will immediately deny my claim.
11. *(Immediate court hearing unless you deposit 15 days' rent)* To obtain a court hearing on my claim, I understand I must also present a copy of this completed complaint form or a receipt from the levying officer. I also understand the date of my hearing will be set immediately if I don't deliver to the court an amount equal to 15 days' rent.

*(Continued on Reverse)*

CP10 [Rev. July 1, 2017]  
**CLAIM OF RIGHT TO POSSESSION AND NOTICE OF HEARING**  
Code of Civil Procedure, §§ 715.010, 715.020, 1174.3

914766

CP10

| SHORT TITLE: Breckenridge Property Fund 2016, LLC vs. Juan Marquis Johnson | LEVYING OFFICER FILE NO.: 2024102878 | COURT CASE NO.: UDCO2400050 |
|---|---|---|

12. I am filing my claim in the following manner *(check the box that shows how you are filing your claim. Note that you must deliver to the court a copy of the claim form or a levying officer's receipt)*:

   a. ☐ I presented this claim form to the sheriff, marshal, or other levying officer, AND within two court days I shall deliver to the court the following: (1) a copy of this completed claim form or a receipt, (2) the court filing fee or form for proceeding in forma pauperis, and (3) an amount equal to 15 days' rent; or

   b. ☐ I presented this claim form to the sheriff, marshal, or other levying officer, AND within two court days I shall deliver to the court (1) a copy of this completed claim form or a receipt, and (2) the court filing fee or form for proceeding in forma pauperis.

   **IMPORTANT:** Do not take a copy of this claim form to the court unless you have first given the form to the sheriff, marshal, or other levying officer.

*(To be completed by the court)*

Date of hearing:          Time:          Dept. or Div.:          Room:
Address of court:

**NOTICE: If you fail to appear at this hearing you will be evicted without further hearing.**

13. Rental agreement: I have *(check all that apply to you)*:

   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ a rental agreement with the former owner who lost the property through foreclosure
   f. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

(TYPE OR PRINT NAME)                                    (SIGNATURE OF CLAIMANT)

**NOTICE:** If your claim to possession is found to be valid, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

**- NOTICE TO OCCUPANTS -**

**YOU MUST ACT AT ONCE** if all the following are true:
1. You are NOT named, in the accompanying form called Writ of Possession;
2. You occupied the premises on or before the date the unlawful detainer (eviction) action was filed; and
3. You still occupy the premises.
4. A Prejudgment Claim of Right to Possession form was NOT served with the Summons and Complaint, OR you are being evicted due to foreclosure.

**You can complete and SUBMIT THIS CLAIM FORM**
   (1) Before the date of eviction at the sheriff's or marshal's office located at *(address)*:
       **4095 Lemon St., 4th Floor**
       **Riverside, CA 92501**

   (2) OR at the premises at the time of the eviction. *(Give this form to the officer who comes to evict you.)*

If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED along with the parties named in the writ.

After this form is properly filed, A HEARING WILL BE HELD to decide your claim. If you do not appear at the hearing, you will be evicted without a further hearing.

CP10 [Rev. July 1, 2017]             **CLAIM OF RIGHT TO POSSESSION**        Code of Civil Procedure, §§ 715.010, 715.020, 1174.3
                                     **AND NOTICE OF HEARING**                                                          914766

# STANDARD PROMISSORY NOTE

**1. THE PARTIES.** On March 26 2024, Breckenridge Property Fund 2016, llc of 710 S. Myrtle Ave., #600, Monrovia, California, 91016 with Sam Chandra acting as Attorney/ Agent, referred to as the "Borrower",

**HAS RECEIVED AND PROMISES TO PAY:**

One (1) individual known as JUAN MARQUIS JOHNSON of 5867 Horse Canyon Rd, Jurupa Valley, California, 92509, referred to as the "Lender", the sum of $684,000.00 US Dollars, referred to as the "Borrowed Money", with interest accruing on the unpaid balance at a rate of 0 percent (%) per annum, referred to as the "Interest Rate", beginning on March 26 2024 under the following terms and conditions:

**2. PAYMENTS.** The full balance of this Note, including any accrued interest and late fees, is due and payable on March 26 2027, referred to as the "Due Date". The Borrowed Money shall be paid at any time as long as it is before the Due Date and not in violation of any Prepayment Penalties as mentioned in Section 6.

In addition, money that is not paid by the Borrower on time for any installment will continue to be charged the Interest Rate stated in this Note.

**3. SECURITY.** There shall be no Security put forth by the Borrower in this promissory note.

**4. INTEREST DUE IN THE EVENT OF DEFAULT.** In the event the Borrower fails to pay the note in full on the Due Date, the unpaid principal shall accrue interest at the maximum rate allowed by law until the Borrower is no longer in default.

**5. ALLOCATION OF PAYMENTS.** Payments shall be first credited to any late fees due, then to interest due and any remainder will be credited to principal.

**6. PREPAYMENT.** Borrower may prepay this Note without penalty.

**7. ACCELERATION.** If the Borrower is in default under this Note or is in default under another provision of this Note, and such default is not cured within the minimum allotted time by law after written notice of such default, then Lender may, at its option, declare all outstanding sums owed on this Note to be immediately due and payable.

**8. ATTORNEYS' FEES AND COSTS.** Borrower shall pay all costs incurred by Lender in collecting sums due under this Note after a default, including reasonable attorneys' fees. If Lender or Borrower sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

Page 1

9589 0710 5270 0982 2437 75

**9. WAIVER OF PRESENTMENTS.** Borrower waives presentment for payment, a notice of dishonor, protest, and notice of protest.

**10. NON-WAIVER.** No failure or delay by Lender in exercising Lender's rights under this Note shall be considered a waiver of such rights.

**11. SEVERABILITY.** In the event that any provision herein is determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other provision, all of which shall remain in full force and effect.

**12. INTEGRATION.** There are no verbal or other agreements that modify or affect the terms of this Note. This Note may not be modified or amended except by a written agreement signed by Borrower and Lender.

**13. CONFLICTING TERMS.** The terms of this Note shall have authority and precedence over any conflicting terms in any referenced agreement or document.

**14. NOTICE.** Any notices required or permitted to be given hereunder shall be given in writing and shall be delivered (a) in person, (b) by certified mail, postage prepaid, return receipt requested, (c) by facsimile, or (d) by a commercial overnight courier that guarantees next day delivery and provides a receipt, and such notices shall be made to the parties at the addresses listed below.

**15. GUARANTORS.** There shall be no person or entity, under the terms of this Note, that shall be responsible for the payment, late fees, and any accrued interest other than the Borrower.

**16. EXECUTION.** The Borrower executes this Note as a principal and not as a surety. If there is a Co-Signer, the Borrower and Co-Signer shall be jointly and severally liable under this Note.

**17. GOVERNING LAW.** This note shall be governed under the laws in the State of California.

With my signature below, I affirm that I have read and understood this promissory note.

**Borrower's Signature:** _____ Date: _____
Breckenridge Property Fund 2016, llc with Sam Chandra acting as Attorney/ Agent

**Lender's Signature:** _____ Date: MARCH 26 2024

Print Name: JUAN MARQUIS JOHNSON
EXECUTOR / AGENT



Page 2

9589 0710 5270 0982 2437 75